544 U.S. 1013
 VENCES
v.
UNITED STATES;
GUARDADO-ORTEGA
v.
UNITED STATES;
LOPEZ-TOVAR
v.
UNITED STATES;
TREJO-HERNANDEZ
v.
UNITED STATES;
SAUZO-IZAGUIRRE
v.
UNITED STATES; and
LOREDO-PECINA
v.
UNITED STATES.
 No. 04-9306.
 Supreme Court of United States.
 May 2, 2005.
 
 1
 C. A. 5th Cir. Reported below: 115 Fed. Appx. 223 (first judgment), 236 (third judgment), 237 (sixth judgment), 253 (fifth judgment), 254 (fourth judgment), and 288 (second judgment);